UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt

IN RE:

KENNETH EMEKA NDIRIKA

        Debtor(s)                           Chapter 13

                                                  Case No. 21-14409

OBJECTION OF WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3, ASSET-BACKED CERTIFICATES, SERIES 2006-3
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

      Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the Confirmation of the Chapter 13 Plan proposed by the Debtor(s):

      1.  This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 7003 Innsfield Ct, Lanham, MD 20706; the promissory note and deed of trust were attached to the proof of claim filed by the secured creditor.

      2.  The debtor(s) are due a estimated total pre-petition arrears in the amount of $52,025.90.

      3.  The proposed Chapter 13 plan does not provide this objecting Secured Creditor with adequate protection or adequate security, according to Sections 362 and 1325 (a) of the Code.

      4.  The plan does not propose to pay the Secured Creditor's entire claim, with estimated arrears of $52,025.90.

CONCLUSION

Any Chapter 13 Plan proposed by the Debtor(s) must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by the Debtor(s) be denied.

WHEREFORE, secured creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied.

2. For attorney's fees and costs incurred herein.

3. For dismissal of the Chapter 13 proceeding.

4. For such other relief as this Court deems proper.

Dated:07/30/21

       Respectfully submitted
       Wells Fargo Bank, National Association as Trustee for Option One
       Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3

       By Counsel:

       /s/ Malcolm B. Savage, III
       _____
       William M. Savage, Esquire
       Gregory N. Britto, Esquire
       Malcolm B. Savage, III, Esquire
       LOGS Legal Group LLP
       10021 Balls Ford Road, Suite 200
       Manassas, Virginia 20109
       (703) 449-5800
       ecf@logs.com

## CERTIFICATE OF SERVICE

I hereby certify that on 07/30/21 the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

Timothy P. Branigan                                                                        Chapter 13 Trustee
9891 Broken Land Parkway Suite 301
Columbia, MD 21046

Via First Class Mail, Postage Prepaid:

Kenneth Emeka Ndirika                                                 Debtor(s)
7003 Innsfield Ct
Lanham, MD 20706

/s/ Malcolm B. Savage, III
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
logsecf@logs.com      21-288956