**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>GREENBELT DIVISION</u>**

| | | |
|---|---|---|
| IN RE: | * | |
| KENNETH EMEKA NDIRIKA | * | Case No.: 21-14409-MEC |
| | | Chapter 13 |
| Debtor | * | |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW, Capital One Auto Finance, a division of Capital One, N.A. ("Creditor"), to object to confirmation of Chapter 13 Plan ("Plan") filed by Kenneth Emeka Ndirika (hereafter referred to as "Debtor") and states the following:

**BACKGROUND**

1. On July 02, 2021, Debtor filed a voluntary bankruptcy petition under Chapter 13 of Title 11 of the United States Code ("Petition").

2. Creditor holds a security interest in the vehicle identified as a 2008 BMW 3 Series Coupe 2D 335xi AWD, VIN # WBAWC73538E066653 (the "Collateral"). Copies of the installment sales contract (the "Contract") and evidence of title are attached as Exhibits "A" and "B," respectively.

3. Creditor timely filed a Proof of Claim in the amount of $5,743.94 on July 28, 2021 ("POC"). *See* Claim #3. The POC has not been objected to by Debtor or any other party.

4. The Collateral was acquired by Debtor for personal use.

5. The balance owed under the Contract at the time of Petition is $5,743.94.

6. The Chapter 13 plan filed by the Debtor does not list the Creditor.

## GROUNDS FOR OBJECTION

Creditor objects to the Plan for the following reasons:

7. The Plan fails to pay the full replacement value of the Collateral. In a Chapter 13 bankruptcy, a debtor may confirm a plan over a creditor's objection only if the plan provides the creditor the full value, as of the effective date of the plan, of the allowed amount of the secured claim. 11 U.S.C. § 1325(a)(5)(B). The allowed amount of such a claim is determined based on the replacement value a retail merchant would charge for property of a similar age and condition. 11 U.S.C. § 506(a). The estimated replacement value a retail merchant would charge for the Collateral is $8,475.00. A copy of the vehicle valuation is attached as Exhibit "C." To the extent the Plan does not pay the full value of the claim, Creditor objects to the confirmation of the Plan.

8. The Plan fails to pay the applicable prime plus interest rate. A debtor must pay the present value of the secured claim by paying the creditor a discount rate of interest as measured by the formula rate expressed by the United States Supreme Court in *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004). See also *Drive Fin. Servs., L.P. v. Jordan*, 521 F.3d 343 (5th Cir. 2008) (applying prime plus rate to vehicle lender's claim). The current prime rate of interest is 3.250%. To the extent the Plan proposes to pay less than the prime interest rate plus 1.000%, Creditor objects to the confirmation of the Plan.

9. The Plan does not provide for equal monthly payments to Creditor. The Code requires that a plan may be confirmed over an objection of a secured creditor only if the payments made under the plan are "in equal monthly amounts." 11 U.S.C. § 1325(a)(5)(B)(iii)(I). To the extent the Plan provides payments to Creditor on a pro rata basis, Creditor objects to the confirmation of the Plan.

WHEREFORE, Creditor asks the Court to deny confirmation of the Chapter 13 Plan, and dismiss the Chapter 13 case, or, in the alternative, convert the case under Chapter 7 of the Bankruptcy Code. Creditor asks for such other and further relief to which it is justly entitled.

*/s/ Michael J. Klima, Jr.*
MICHAEL J. KLIMA, JR. #25562
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Capital One Auto Finance,
a division of Capital One, N.A.

<u>CERTIFICATION OF SERVICE</u>

I HEREBY CERTIFY that on this August 09, 2021, a copy of the foregoing Objection To Confirmation Of Chapter 13 Plan was mailed, first class, postage prepaid, to

Kenneth Emeka Ndirika
7003 Innsfield Court
Lanham, MD 20706

Timothy P. Branigan
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com

*/s/ Michael J. Klima, Jr.*
MICHAEL J. KLIMA, JR. #25562
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Capital One Auto Finance,
a division of Capital One, N.A.