## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : |  |
| : |  |
| KENNETH E. NDIRIKA, : | Case No. 21-1-4409-MCR |
| : | Chapter 13 |
| Debtor. : |  |
| : |  |

**TRUSTEE'S OBJECTION TO EXEMPTIONS
BASED ON TENANCY BY THE ENTIRETIES**

_____

      Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 522(l) of the Bankruptcy Code and Bankruptcy Rule 4003(b), objects to the exemption claimed by the Debtor on Schedule C with respect to real property. The aggregate amount of such exemption exceeds the amount allowable under the laws of the State of Maryland. There is no limitation as to joint creditors and the IRS. There are joint creditors as to which the exemption applies. The property as to which the exemption is claimed may be sold during the pendency of the case, and the proceeds would be income. In re Murphy, 474 F.3d 143 (4th Cir. 2007). Additional facts may come to light indicating that the Debtor cannot properly assert an exemption based upon a tenancy by the entireties. For all of these reasons, the Debtor may not claim a dollar amount in property in excess of the dollar values allowed under the laws of the State of Maryland.

- 2 -

WHEREFORE, the Trustee prays that the Court disallow the exemptions as scheduled.

Respectfully submitted,

August 12, 2021 /s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

PLEASE NOTE THAT, WITHIN THIRTY (30) DAYS OF SERVICE OF THIS OBJECTION, YOU MUST FILE AND SERVE A RESPONSE OPPOSING THE OBJECTION AND REQUEST A HEARING, IF DESIRED. IF YOU DO NOT FILE AND SERVE A RESPONSE, THE COURT MAY, IN ITS DISCRETION, HOLD A HEARING OR DISALLOW THE EXEMPTIONS.

**Certificate of Service**

I caused a copy of the foregoing to be sent on August 12, 2021 by first-class U.S. mail, postage prepaid to:

Kenneth Ndirika
7003 Innsfield Court
Lanham, MD  20706

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)