UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re: :
 :
KENNETH E. NDIRIKA, : Case No. 21-1-4409-MR
 : Chapter 13
 Debtor. :
 :

**TRUSTEE'S OBJECTION TO DEBTOR'S
CHAPTER 13 PLAN DATED JULY 16, 2021**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 1325 of the Bankruptcy Code and Bankruptcy Rule 3015(f) objects to confirmation of the Debtor's Chapter 13 plan dated July 16, 2021 (the "Plan"). In support of his opposition, the Trustee respectfully represents the following:

1. The Debtor commenced this case under Chapter 13 on July 2, 2021. The Plan proposes to pay $2,000.00 monthly for months 1 through 6, the sum of $3,400.00 monthly for months 7 through 12, and the sum of $2,700.00 monthly for months 13 through 60, for a gross funding of $162,000.00.

2. The Debtor has failed to provide documentation supporting all income listed on Schedule I as requested by the Trustee at the meeting of creditors. Accordingly, the Trustee cannot determine whether the Plan is feasible. The Plan does not satisfy the requirements of section 1325(a)(6) of the Bankruptcy Code. At this time, the Debtor has failed to fully cooperate with the Trustee as required under section 521(a)(3) of the Bankruptcy Code.

3. The Debtor has failed to provide the Domestic Support Obligation Affidavit, bank statements as of the petition date, identification documents and Identification Affidavit as

- 2 -

requested by the Trustee. At this time, the Debtor has failed to fully cooperate with the Trustee as required under section 521(a)(3) of the Bankruptcy Code.

4. The Debtor must amend the Plan to make a selection in sections 1.2 and 1.3, to move the PHH claim from section 4.5 to section 4.6.2, and to clarify the conflicting treatment of Wells Fargo in section 4.5 and 4.6.5.

5. The Debtor has not adequately proved ownership and the market value of scheduled real property. The Plan does not satisfy the requirements of section 1325(a)(4) of the Bankruptcy Code.

6. The Debtor has not provided and/or filed all applicable federal, state, and local tax returns as required by section 1308. Accordingly, the Debtor has not satisfied the requirements of section 1325(a)(9) of the Bankruptcy Code.

7. Accordingly, the Plan should not be confirmed.

**PLEASE TAKE NOTICE** THAT *THIS OBJECTION MUST BE RESOLVED AT LEAST 2 BUSINESS DAYS PRIOR TO THE CONFIRMATION HEARING*. AFTER THAT TIME, THE TRUSTEE MAY DECLINE TO ACCEPT MATERIALS THAT HE HAS REQUESTED FROM THE DEBTORS. THE TRUSTEE MAY DECLINE TO DISCUSS THE CASE AT THE CONFIRMATION HEARING. THE DEBTORS SHOULD EXPECT THAT ANY UNRESOLVED OBJECTION WILL BE HEARD BY THE COURT.

Respectfully submitted,

September 1, 2021

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

- 3 -

**Certificate of Service**

I caused a copy of the pleading above to be sent on September 1, 2021 by first-class U.S. mail, postage prepaid to:

Kenneth E. Ndirika
7003 Innsfield Court
Lanham, MD  20706

                                                /s/ Timothy P. Branigan
                                                Timothy P. Branigan (Fed. Bar No. 06295)