Entered: September 15th, 2021
Signed: September 14th, 2021

**SO ORDERED**

To the extent Debtor and his spouse own property as tenants by the entireties, such assets may be used to satisfy joint and tax claims. Sumy v. Schlossberg, 777 F.2d 921 (4th Cir. 1985) and U.S. v. Craft, 535 U.S. 274, 152 L.Ed.2d 437 (2002).



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| KENNETH E. NDIRIKA, | :    Case No. 21-1-4409-MCR |
| | :    Chapter 13 |
| Debtor. | : |
| | : |

### ORDER DENYING TRUSTEE'S OBJECTION TO EXEMPTIONS BASED ON TENANCY BY THE ENTIRETIES PRO TEMPORE

Before the Court is the objection of Timothy P. Branigan, Chapter 13 trustee ("Trustee"), to the exemptions claimed by the Debtor(s). Having considered the objection, and after notice and a hearing appropriate in the circumstances, and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the objection is denied *pro tempore*; and it is further

- 1 -

- 2 -

**ORDERED**, that this order is without prejudice to the Trustee's rights in the event circumstances change, and any further objection will relate back to the date of the first objection filed by the Trustee.

copies to:

Timothy P. Branigan, Trustee

Kenneth Ndirika
7003 Innsfield Court
Lanham, MD  20706

**END OF ORDER**